

**Richard Zielinski**
Partner

**Direct Dial/Text**
716.306.6593

**Fax**
646.350.1901

**Email:**
rzielinski@gerberciano.com

GERBER  CIANO  KELLY  BRADY  LLP

**US Mail:**
PO Box 1060
Buffalo, New York 14201

**Visit Us/FedEx/UPS:**
599 Delaware Avenue, Suite 100
Buffalo, New York 14202

June 17, 2026

Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

**Via ECF Only**

RE:     Reyes, Desiree v. Extra Space Storage, Inc.
        Case No.: 26-cv-6494
        Our File No.: 1290.0391

Dear Judge Wolford:

Our firm represents the Defendant in the above-entitled action. We respectfully request a 30-day extension of the Defendant's time to answer, move, or otherwise respond to the Plaintiff's Complaint, such that the deadline would be **July 17, 2026**. Plaintiff's counsel has consented to this requested extension.

This is Defendant's first request for an extension of this deadline. This requested extension will not affect any other scheduled dates in this matter.

We thank the Court for its time and attention to this matter.

Very Truly Yours,

Richard J. Zielinski

CC: Brian L. Bromberg (Via CM/ECF)