**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

DESIREE REYES, on behalf of herself
and all those similarly situated,

vs.

EXTRA SPACE STORAGE, INC

Civil Case No. _26-cv-6494_

**DISCLOSURE STATEMENT**
**Nongovernmental Corporation Disclosure**

Pursuant to Fed. R. Civ. P. 7.1(a)(1)(A), undersigned counsel for
Extra Space Storage, Inc.                                                                 ,
a party to, or who seeks to intervene in, the above-captioned action, certifies that any parent corporations of said party, and/or publicly held corporation owning 10% or more of stock of said party, are identified below:

The Vanguard Group, Inc. owns more than 10% stock of Extra Space Storage, Inc.

;

**or**

Pursuant to Fed. R. Civ. P. 7.1(a)(1)(B), the undersigned counsel for

,
a party to, or who seeks to intervene in, the above-captioned action, certifies that there are no parent corporations of said party and no publicly held corporation owning more than 10% of its stock.

July 2, 2026
Date

_____
Signature of Attorney