**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

DESIREE REYES, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

EXTRA SPACE STORAGE, INC.,
EXTRA SPACE MANAGEMENT INC.
EXTRA SPACE STORAGE LP,

Defendant.

Case No. 6:26-cv-06494-EAW
Hon. Elizabeth A. Wolford

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12 (c), TO COMPEL ARBITRATION, AND STRIKE MATERIALS FROM THE PLEADINGS**

**PLEASE TAKE NOTICE** that at a time and return date determined by the Court as addressed in its August 18, 2026 Text Order, the undersigned counsel for Defendants EXTRA SPACE STORAGE INC. ("ESSI"), EXTRA SPACE MANAGEMENT INC. ("ESSMI"), and EXTRA SPAC STORAGE LP ("ESSLP") (collectively referred to as "Defendants") will move before this Court for an Order Dismissing the Plaintiff's Complaint against ESSMI and ESSLP pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. Defendants further move this Court for an Order compelling arbitration pursuant to Federal Arbitration Act, 9 U.S.C. §§ 2-4, staying this action. Finally, Defendants move to strike certain immaterial portions of the Complaint which incite prejudice against all defendants pursuant to Fed. R. Civ. P. 12(f).

As described in more detail in Defendants' Memorandum of Law in Support filed herewith, ESSI and ESSLP are not proper parties to this lawsuit. Therefore, dismissal is warranted under Rule 12(c). In any event, Plaintiff has agreed to resolve all claims or disputes relating to her Agreement with the Defendants through arbitration on an individual basis. The agreement to

arbitrate, including the class action waiver contained therein, is valid and enforceable as a matter of law. Therefore, this case must be stayed pending the arbitration. To the extent that the Plaintiff's case continues in any manner before this Court, Plaintiff included inadmissible, immaterial, and prejudicial allegations in the Complaint that has no possible relation or logical connection to the matter of controversy. The allegations should therefore be stricken.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant will rely on the accompanying Declaration of Richard J. Zielinski, along with the exhibits annexed thereto, the Declaration of Dereck Conway, along with the exhibits annexed thereto, and the Memorandum of Law, any reply papers, and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: Buffalo, New York
September 11, 2026

**GERBER CIANO KELLY BRADY LLP**

______________________________
Richard J. Zielinski, Esq.
Dominick F. Roa, Esq.
*Attorneys for Defendant*
*Extra Space Storage Inc.*
P.O. Box 1060
Buffalo, New York 14201
Tel.: (646) 650-5155
rzielinski@gerberciano.com
droa@gerberciano.com

TO: **Bromberg Law Office, P.C.**
Brian Bromberg
99 Main Street
Nyack, NY 10960
(212) 248-7906
brian@bromberglawoffice.com

**TESKE LAW PLLC**
Vildan A. Teske (*pro hac vice)*
Lee Owen (*pro hac vice*)
80 South Eight Street, Ste., 900
Minneapolis MN 55402
(612) 767-0521
teske@teskelaw.com
owen@teskelaw.com

**The Andrews Firm**
Seth Andrews, Esq.
43 Court Street, Ste 810
Buffalo, NY 14202
716-906-8685
andrews@theandrewsfirm.com