**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

DESIREE REYES, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

EXTRA SPACE STORAGE, INC.,
EXTRA SPACE MANAGEMENT INC.
EXTRA SPACE STORAGE LP,

Defendant.

Case No. 6:26-cv-06494-EAW
Hon. Elizabeth A. Wolford

Richard J. Zielinski., declares under penalty of perjury under the laws of the State of New York and United States of America that the following is true and correct:

1. I am an attorney licensed to practice in the United States District Court for the Western District of New York.

2. I am a member of Gerber Ciano Kelly Brady LLP, counsel for Defendants, Extra Space Storage, Inc. ("ESSI"), Extra Space Management Inc. ("ESSMI"), and Extra Space Storage LP ("ESSLP") (collectively referred to as "Defendants").

3. I submit this declaration in support of Defendants' motion dismiss the Plaintiff's Complaint against ESSI and ESSMI pursuant to Fed. R. Civ. P. 12(c); to compel arbitration pursuant to Federal Arbitration Act, 9 U.S.C. §§ 2-4, staying the instant action; and strike certain immaterial portions of the Complaint which incite prejudice against all defendants pursuant to Fed. R. Civ. P. 12(f).

4. In support of the motion, Defendants append the following exhibits:

**EXHIBIT "A"** – June 29, 2026 Correspondence

**EXHIBIT "B"** – August 17, 2026 Correspondence

**EXHIBIT "C"** – Extra Space's Demand to Arbitrate

**EXHIBIT "D"** – Storage Agreement

**EXHIBIT "E"** – Plaintiff's Amended Complaint

5. The relevant factual background and legal arguments are set forth in Defendants' Memorandum of Law submitted in support of the instant motion.

Dated: Buffalo, New York
September 11, 2026

**GERBER CIANO KELLY BRADY LLP**

______________________________
Richard J. Zielinski, Esq.
Daniel W. Gerber, Esq.
Dominick F. Roa, Esq.
*Attorneys for Defendant*
*Extra Space Storage Inc.*
P.O. Box 1060
Buffalo, New York 14201
Tel.: 716-306-6593
rzielinski@gerberciano.com
dgerber@gerberciano.com
droa@gerberciano.com

TO: **Bromberg Law Office, P.C.**
Brian Bromberg
99 Main Street
Nyack, NY 10960
(212) 248-7906
brian@bromberglawoffice.com

**TESKE LAW PLLC**
Vildan A. Teske (*pro hac vice*)
Lee Owen (*pro hac vice*)
80 South Eight Street, Ste., 900
Minneapolis MN 55402
(612) 767-0521
teske@teskelaw.com
owen@teskelaw.com

**The Andrews Firm**
Seth Andrews, Esq.
43 Court Street, Ste 810
Buffalo, NY 14202
716-906-8685
andrews@theandrewsfirm.com