# EXHIBIT 1

Ontario County Online Resources

Search... Sign in

Getting Around | Data and Project Tools | Print - Draw - Measure Tools

Tool Labels

Find Parcel by ID | Find Parcel by Location | Surveys, Tax Bills and Tax Maps

Find a Property

Zoom In | Zoom Out | Pan | Previous Extent | Next Extent | Initial View | View Pictometry | Create Pictometry Report | Bookmarks | Find Surveys Tool

Navigation

Tax Parcels (1)

Property # 103.00-3-45.200

CLICK LINK ABOVE FOR FULL PROPERTY DETAILS

**Tax Map Number:** 103.00-3-45.200
**Physical Address**: 3635 Berry Fields Rd
**Community**: Town of Geneva
Assessment Roll Information
Where to Vote: Click here to look up your polling location
Owner Contact Information:
STAR GENEVA, LLC
900 LINDEN AVE

ROCHESTER, NY, 14625-
*Notes*:

**Assessment Acres**: 7.9 **Type**: MiniWhseSelfSto
**Road Frontage (feet)**: 0 **Depth (feet)**: 0
**Water Frontage (feet)**:

Print Summary with Property Photo - Print Detail Report with Property Photo - Find Similar Properties - Soil Analysis Report

Displaying 1 - 1 (Total: 1)

Page 1 of 1

Home | Layers | Tax Parcels (1)

I want to...




Property # 103.00-3-45.200

Description | Hyperlinks | Details | Tax Maps | Owner Deed | Land Details | Zoning | Surveys | Assessment Details | Soil Details | Tax Bills | Ownership History | Obstructions | Property Photo

Print Summary with Property Photo - Print Detail Report with Property Photo - Find Similar Properties - Soil Analysis Report

**Note**: *Special districts*, *inventory* and *parcel history* (prior ownership) information can be found in the Parcel Detail Report (see link above to run the report)

**SITE INFO:**
**Physical Address**: 3635 Berry Fields Rd
**Community**: Town of Geneva
**Assessment Roll Information**
**Where to Vote**: Click here to look up your polling location
**Owner Contact Info:**

WKID: 4326 Lat/Long Lat: 42.85784° N Lon: 77.03233° W 0 300 600ft