# EXHIBIT 3

# Rental Ledger - Desiree Reyes-1509277636 (Unit #1000)

7511 - Geneva - Berry Fields Rd

| Unit # | Account Number | Rental Number | PTD / Tran Date | Line Type | Tran # | Item Description | Line Amount | Charge Amount | Credit Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 2004752254 | 1509277636 | **11/21/2024** | | | | | | | |
| | | | 10/22/2024 | Sales Order | 258954556 | Unit 1000 Rent: (Oct 22, 2024 thru Nov 21, 2024) | 68.00 | 68.00 | 0.00 | 68.00 |
| | | | 10/22/2024 | Sales Order | 258954556 | Administration Fee | 29.00 | 29.00 | 0.00 | 97.00 |
| | | | 10/22/2024 | Sales Order | 258954556 | Visa - Last4 - 6323 | 97.00 | 0.00 | 97.00 | 0.00 |
| | | | 11/22/2024 | Invoice | 264378032 | Unit 1000 Rent: (Nov 22, 2024 thru Dec 21, 2024) | 68.00 | 68.00 | 0.00 | 68.00 |
| | | | 11/27/2024 | Invoice | 265199810 | Late Fee (20/20) | 20.00 | 20.00 | 0.00 | 88.00 |
| | | | 12/22/2024 | Invoice | 269928965 | Unit 1000 Rent: (Dec 22, 2024 thru Jan 21, 2025) | 68.00 | 68.00 | 0.00 | 156.00 |
| | | | 12/27/2024 | Invoice | 270704105 | Late Fee (20/20) | 20.00 | 20.00 | 0.00 | 176.00 |
| | | | 12/27/2024 | Invoice | 270704145 | Pre-Foreclosure Fee ($120) | 120.00 | 120.00 | 0.00 | 296.00 |
| | | | 1/22/2025 | Invoice | 275500393 | Unit 1000 Rent: (Jan 22, 2025 thru Feb 21, 2025) | 68.00 | 68.00 | 0.00 | 364.00 |
| | | | 2/6/2025 | Sales Order | 278656382 | Unit 1000 Rent: (Jan 22, 2025 thru Feb 21, 2025) | (68.00) | (68.00) | 0.00 | 296.00 |
| | | | 2/6/2025 | Sales Order | 278656382 | Unit 1000 Rent: (Jan 22, 2025 thru Feb 6, 2025) | (33.90) | (33.90) | 0.00 | 262.10 |
| | | | 2/6/2025 | Sales Order | 278656382 | Unit 1000 Rent: (Jan 22, 2025 thru Feb 6, 2025) | 33.90 | 33.90 | 0.00 | 296.00 |
| | | | 2/6/2025 | Sales Order | 278656382 | | 0.00 | 0.00 | 0.00 | 296.00 |
| | | | 2/6/2025 | Sales Order | 278656382 | Cash | 397.75 | 0.00 | 397.75 | (101.75) |
| | | | 2/6/2025 | Sales Order | 278656384 | | (40.10) | (40.10) | 0.00 | (141.85) |
| | | | **Total records: 15** | | | | | | | |